# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134959 & (16)(17)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                   SC: 134959
                                                    COA: 279000
                                                    Monroe CC: 96-027675-FH
REGINALD ALFORD,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand and for appointment of counsel are DENIED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

d1217

_____
                Clerk